# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0-11-cr-60285-RSR-5

## CRIMINAL MINUTES
## JUDGE ROBIN S. ROSENBAUM - FORT LAUDERDALE, FLORIDA

**Parties:**     **USA v. Bobby Ricky Madison (present)**

**Hearing Type:  Jury trial (day 6)**

| | |
|---|---|
| **Date/Time:** | **August 7, 2012, 9am** |
| **Time in Court:** | **7 hours, 30 mins** |
| **Courtroom Deputy:** | **Ronald Berry** |
| **Court Reporter:** | **Karl Shires** |
| **Interpreter:** | |

| | |
|---|---|
| **Government Counsel:** | **Mark Dispoto (present)** <br> **Michael E. Gilfarb (present)** |
| **Defense Counsel:** | **Randee J. Golder (present)** |
| **Probation Officer:** | **n/a** |

**Results of Hearing:**     Closing statements made.   The jury began deliberations. The jury stopped deliberating at 5pm.   They will return on Monday, 8/13/12 at 9am to continue deliberations.

| | |
|---|---|
| **Next Hearing:** | Jury trial (day 7)/deliberations on 8/13/12 at 9am. |