UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CR-60285-RSR(s)

UNITED STATES OF AMERICA

vs.

TERRANCE BROWN, et. al.,

    Defendants.
_____/

## GOVERNMENT'S MOTION TO COMPEL TESTIMONY

The United States respectfully moves this Court to compel the testimony of Elliot Maurice Davie at trial in this matter.

Title 18, United States Code, Section 6003 provides that, where the government moves to compel the testimony of a witness who has refused to testify based on the privilege against self-incrimination, the Court "shall" order the witness to testify. Section 6002 further provides that neither the witness's testimony nor any information derived from that testimony may be used against the witness in any criminal case.

Through his attorney, Elliot Maurice Davis has indicated that he intends to refuse to testify at trial on the basis of his privilege against self-incrimination.

Consistent with Title 18, United States Code, Section 6003(b), an authorization from an appropriate Department of Justice official relating to Elliot Maurice Davis is attached to this motion.

WHEREFORE, the government respectfully moves this Court to compel the testimony of Elliot Maurice Davis at trial in this matter.

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

By:   s/*Mark Dispoto*
       Mark Dispoto
       Assistant United States Attorney
       Court I.D. No. A5501143
       500 East Broward Blvd., 7th Floor
       Ft. Lauderdale, FL 33394
       Tel: (954) 660-5786
       Fax: (954) 536-7213
       Email: Mark.Dispoto@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. According to the Court's website, counsel for all parties are able to receive notice via the CM/ECF system.

        s/*Mark Dispoto*
        Mark Dispoto
        Assistant United States Attorney



U.S. Department of Justice

Criminal Division

---

*Assistant Attorney General*            *Washington, D.C. 20530*

May 29, 2013

The Honorable Wifredo A. Ferrer
United States Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132

Attention:    Michael Gilfarb
                 Assistant United States Attorney

Re:    Elliot Maurice Davis
         *United States v. Brown, et al.*

Dear Mr. Ferrer:

      Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Southern District of Florida for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Elliot Maurice Davis to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

                                              Sincerely,

                                              Mythili Raman
                                              Acting Assistant Attorney General

KENNETH A. BLANCO
DEPUTY ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION